Assault and battery. San Juan. January 26, 1920. *Withdrawn.*

No. 1459. PEOPLE, APPELLEE, *v.* OLMO, APPELLANT.—Assault and battery. Arecibo. January 26, 1920. *Affirmed.*

No. 1455. PEOPLE, APPELLEE, *v.* SANTIAGO, APPELLANT.—Breach of peace. Mayagüez. January 26, 1920. *Affirmed.*

No. 2172. GONZÁLEZ ET AL., APPELLANTS, *v.* QUIÑONES ET AL., APPELLEES. — Contract, etc. Humacao. January 27, 1920. *Dismissed.*

No. ——. PEOPLE, APPELLEE, *v.* BARADO, APPELLANT.—Violation of section 260 of the Penal Code. San Juan. January 29, 1920. *Withdrawn.*

No. 1463. PEOPLE, APPELLEE, *v.* PADILLA, APPELLANT.—Public health. Mayagüez. January 29, 1920. *Affirmed.*

No. 274. BARCELÓ, PETITIONER, *v.* CUEVAS ZEQUEIRA, DISTRICT JUDGE, RESPONDENT.—Certiorari. Humacao. January 30, 1920. *Denied.*

No. 1461. PEOPLE, APPELLEE, *v.* CRUZ, APPELLANT.—Public health. Mayagüez. February 3, 1920. *Affirmed.*

No. 1464. PEOPLE, APPELLEE, *v.* RODRÍGUEZ ET AL., APPELLANTS.—

No. 1465. PEOPLE, APPELLEE, *v.* RODRÍGUEZ ET AL., APPELLANTS.—

No. 1466. PEOPLE, APPELLEE, *v.* SANDOVAL, APPELLANT.—

Violations of Minimum Wages Act. Arecibo. February 3, 1920. *Affirmed*.

---

No. 1471. PEOPLE, APPELLANT, *v.* RÍOS, APPELLEE.—Violation of section 4 of Act No. 69 of 1917. San Juan. February 5, 1920. *Withdrawn*.

---

No. 2106. LÓPEZ, APPELLANT, *v.* LIZARDI, APPELLEE.—Memorandum of costs. Humacao. February 6, 1920. *Affirmed*.

---

No. 273. MARTÍNEZ, PETITIONER, *v.* CROSAS, DISTRICT JUDGE, RESPONDENT. — Certiorari. Aguadilla. February 6, 1920. *Denied*.

---

No. 1462. PEOPLE, APPELLEE, *v.* ACOSTA, APPELLANT.—Public health. Mayagüez. February 6, 1920. *Affirmed*.

---

No. 2164. CARBIA ET AL., APPELLEES, *v.* FUSTER, APPELLANT.—Unlawful detainer. San Juan. February 6, 1920. *Dismissed*.

---

Nos. 2034, 2035, 2036. PEOPLE, APPELLEE, *v.* FANTAUZZI ET AL., APPELLANTS.—Decisions of the Irrigation Commission. San Juan. February 10, 1920. *Withdrawn*.

---

No. 1469. PEOPLE, APPELLEE, *v.* SANDOVAL, APPELLANT.—Violation of Mininmum Wages Act. Arecibo. February 10, 1920. *Affirmed*.

---

No. 2175. MERCADO & SONS, APPELLANTS *v.* MARTÍNEZ & DOMÍNGUEZ ET AL., APPELLEES.—Debt. Mayagüez. February 19, 1920. *Withdrawn*.